**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

DONALD RAMIRO COUSAR                                                            PETITIONER

vs.                                                                   CIVIL ACTION NO. 3:04-cv-931 WS

STATE OF MISSISSIPPI and JIM HOOD                                              RESPONDENTS

**FINAL JUDGMENT**

This cause came before the court on the petition for writ of habeas corpus filed by the petitioner. This court, having adopted the Report and Recommendation as the order of this court, hereby dismisses petitioner's petition for writ of habeas corpus with prejudice and enters a final judgment for the respondents. The above-styled and numbered cause is dismissed with prejudice.

**SO ORDERED AND ADJUDGED, THIS THE 31st DAY OF MAY, 2006.**

**s/ HENRY T. WINGATE**

**CHIEF UNITED STATES DISTRICT JUDGE**